## 1247.  DOLVIN & COMPANY *v.* HICKS.

POWELL, J. 1. In an attachment case the initial affidavit may be amended by adding one or more additional grounds of attachment to those originally alleged. Civil Code, § 5122; *Fitzpatrick* v. *Flanigan,* 106 U. S. 648 (27 L. ed. 211, 1 Sup. Ct. 369); *Brumby* v. *Rickoff,* 94 *Ga.* 429 (21 S. E. 232); *Collins* v. *Taylor,* 128 *Ga.* 789 (58 S. E. 446).

2. Testimony that an account made out against a partnership was presented to one of the members thereof, and that he acknowledged its correctness, is prima facie proof of the correctness of the account; and, in case of a denial of the account by the partnership, is sufficient to make an issue of fact for the jury.

                                   *Judgment affirmed.*

Certiorari, from Bibb superior court—Judge Felton.   May 26, 1908.

Submitted July 17,—Decided July 31, 1908.

*Nottingham & Cabaniss,* for plaintiffs in error.

*L. D. Moore,* contra.